UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYUNG JOON KIM,<br><br>                Plaintiff,<br><br>-against-<br><br>DKCOSMETICS; DKCOS CORP.; JONG KYUN ("JOHN") LEE and JOHN DOES 1-10 (said names being fictitious); and JOHN ROE CORPS. 1-10 (said names being fictitious),<br><br>                Defendants. | Case No.: 2:19-cv-18556-CCC-SCM<br><br>CIVIL ACTION<br><br><br>ORDER ENTERING<br>FRCP 68 JUDGMENT |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DKCOSMETICS, DKCOS CORP., and JONG KYUN ("JOHN") LEE (collectively, "Defendants"), offered to allow Plaintiff MYUNG JOON KIM ("Plaintiff") to take judgment against Defendants in the amount of FIFTEEN THOUSAND DOLLARS ($15,000), plus reasonable attorneys' fees and costs to be determined; Plaintiff having accepted said Offer of Judgment; and Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment;

**IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall enter judgment against all Defendants, jointly and severally, for a total amount of FIFTEEN THOUSAND DOLLARS ($15,000), inclusive of attorneys' fees and costs of the action, in favor of Plaintiff; and that post-judgment interest shall accrue from the date that this judgment is entered until such time that the total of the foregoing judgment amount is paid in full by Defendants. The judgment shall designate Plaintiff's counsel as Plaintiff's agent to receive Defendants' payment to Plaintiff.

2. In accordance with the terms set forth in the Offer of judgment, the judgment shall further state:

   a. "This judgment is in full satisfaction and in complete relief of all federal and state law claims or rights that Plaintiff may have in this Action."

   b. "This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure. Nothing in this Judgment shall be construed as an admission of liability be Defendants or employees or agents thereof or an admission that Plaintiff suffered any damages based on the facts alleged in the Complaint."

   c. "The satisfaction of this judgment by Defendants shall release and discharge Defendants, their successors or assigns, and all past and present employees, representatives, and agents thereof."

Dated: Newark, New Jersey
       June __1__, 2020

_____
Hon. Claire C. Cecchi, U.S.D.J.